IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOSE MANUEL CARRILLO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-00371-O-BP |
| § | |
| ANDREW M. SAUL, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Jose Manual Carrillo, in care of Ronald D. Honig, an attorney, attorney's fees under the Equal Access to Justice Act for 29.90 hours of service compensated at a rate of $200.00 per hour for services performed in 2019, and for 2.20 hours of service compensated at a rate of $198.90 per hour for services performed in 2020, for a total of $6,417.58.

**SO ORDERED** on this **15th day** of **September, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE